B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUTPCY COURT

WESTERN District of Louisiana

In re    CHAD JOSEPH MENARD            Case No.   19-50614
        KERRI DEVILLE MENARD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT<br>Name of Transferee | Wells Fargo Bank, N.A.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 5<br>Amount of Claim: $97,014.54<br>Date Claim Filed: 07/15/2019 |
| Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 | Phone: 800-274-7025<br>Last Four Digits of Acct.#: 6601 |
| Phone: (888) 504-6700<br>Last Four Digits of Acct.#: 6701 | |
| Name and Address where transferee payments should be sent (if different from above): | |
| Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 | |
| Phone: (888) 504-6700<br>Last Four Digits of Acct.#: 6701 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Ashley E. Morris            Date:   03/15/2021
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: CHAD JOSEPH MENARD            CASE NO. 19-50614
       KERRI DEVILLE MENARD            CHAPTER 13

## CERTIFICATE OF SERVICE

I, Ashley E. Morris, hereby certify that I have notified the following interested parties of the Transfer of Claim filed by U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2018 G-CTT, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, as reflected on the foregoing notice, to-wit:

Chad Joseph Menard
Kerri Deville Menard
213 Amanda Drive
Lafayette, LA 70507

Keith A. Rodriguez
Trustee
P.O. Box 3445
Lafayette, LA 70502-3445

Karl Michael Helo
Attorney at Law
2901 Johnston Street, Suite 202
Lafayette, LA 70503

Office of the U.S. Trustee
300 Fannin Street
Suite 3196
Shreveport, LA 71101

by mailing this notice and a copy of the Transfer of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 15th day of March, 2021.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/Ashley E. Morris
ATTORNEY FOR CREDITOR